IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO.: 1:13-cv-22851-UU**

JOHN P. HANLEY, an individual,

    Plaintiff,

vs.

AFFORDABLE MOTORS, INC., a Florida corporation, MID-ATLANTIC FINANCE COMPANY, INC., a Florida corporation, and JOHN DOE No.s 1-10, unknown individuals,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, John P. Hanley, an individual, by and through his undersigned attorney, pursuant to Rule 16.2(f)(2), Local Rules of the United States District Court, Southern District of Florida, hereby provides notice of the settlement of the above referenced action. Plaintiff requests that the Court enter an order directing that the action be dismissed subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment.

    /s/ Robert W. Murphy
    ROBERT W. MURPHY
    Florida Bar No. 717223
    1212 S.E. 2nd Avenue
    Ft. Lauderdale, FL 33316
    (954) 763-8660 Telephone
    (954) 763-8607 Telefax
    Email: rphyu@aol.com

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY on September 27, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on Leo Benitez, Esquire, Benitez & Associates, 122 Minorca Avenue, Coral Gables, FL 33134 and to Walter L. Sanders, Esquire, Walter L. Sanders, P.A., 6936 W. Linebaugh Avenue, Suite 101, Tampa, FL 33625-5826, in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

                 /s/ Robert W. Murphy
                 Attorney